# Notice Recipients

District/Off: 1087–5     User: dmcge     Date Created: 9/9/2021
Case: 21–12414     Form ID: pdf004     Total: 35

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Michael W Willis | 2108 NW 157th St. | Edmond, OK 73013 |
| ust | United States Trustee | United States Trustee | 215 Dean A. McGee Ave., 4th Floor   Oklahoma City, OK 73102 |
| tr | John T. Hardeman | PO Box 1948 | Oklahoma City, OK 73101 |
| aty | Chris Mudd | Chris Mudd & Associates  3904 NW 23rd St. | Oklahoma City, OK 73107 |
| smg | Oklahoma Tax Commission | Legal Division  120 N Robinson Suite 2000W | Oklahoma City, OK 73102–7801 |
| smg | Oklahoma Employment Security Commission | PO Box 53039 | Oklahoma City, OK 73152–3039 |
| 6604377 | Advance America | 750 Shipyard Dr.  Ste. 300 | Wilmington DE 19801 |
| 6604378 | Balance Credit | Attn: Customer Service  PO BOX 4356 Dept. 1557 | Houston TX 77210–4356 |
| 6604379 | Big Picture Loans | Customer Support  PO BOX 704 | Watersmeet MI 49969 |
| 6604380 | BlueChip Financial | DBA Spotloan  PO BOX 720 | Belcourt ND 58316 |
| 6604381 | Capital One | Attn: Bankruptcy  Po Box 30285 | Salt Lake City UT 84130 |
| 6604382 | Capital One/Walmart | Attn: Bankruptcy  Po Box 30285 | Salt Lake City UT 84130 |
| 6604383 | Credit First National Association | Attn: Bankruptcy  Po Box 81315 | Cleveland OH 44181 |
| 6604384 | Credit One Bank | Attn: Bankruptcy Department  Po Box 98873 | Las Vegas NV 89193 |
| 6604385 | Department of Education/Nelnet | Attn: Bankruptcy  Po Box 82561 | Lincoln NE 68501 |
| 6604386 | Earnin Loan | 260 Sheridan Ave | Palo Alto CA 94306 |
| 6604387 | Empre Reno/Wallace Financial | 933 S. Country Club Rd | El Reno OK 73036 |
| 6604388 | Finwise Rise | Attention Bankruptcy  Po Box 679900 | Dallas TX 75267 |
| 6604389 | First Electronic Bank | c/o Opportunity Financial, LLC  130 E. Randolph St., Ste. 3400 | Chicago IL 60601 |
| 6604390 | Glenda Todd | 2108 NW 157th St. | Edmond OK 73013 |
| 6604391 | Great Plains Specialty Finance, Inc. | DBA Check N Go  12233 N. Pennsylvania Ave. | Oklahoma City OK 73120 |
| 6604392 | IRS | 55 N. Robinson  Stop 5024 | Oklahoma City OK 73102 |
| 6604393 | Mobiloans, LLC | Attn: Bankruptcy  Po Box 1409 | Marksville LA 71351 |
| 6604394 | MoneyKey | Attn: CC Flow Servicer  1000 North West St.  Ste. 1200 | Wilmington DE 19801 |
| 6604395 | Oklahoma Tax Commission | P.O. Box 26940 | Oklahoma City OK 73126 |
| 6604396 | OneMain Financial | Attn: Bankruptcy  Po Box 3251 | Evansville IN 47731 |
| 6604397 | Opploans/feb | 130 East Randolph Street | Chicago IL 60601 |
| 6604398 | Rapital Capital/Speedy Loan | P. O. Box 505 | Linden MI 48451–0505 |
| 6604399 | Red River Cr | Po Box 130 | Timpson TX 75975 |
| 6604400 | Regional Fin | 302 West Edmond Road | Edmond OK 73003 |
| 6604401 | Republic Bank & Trust Co./Elastic | 4030 Smith Rd. | Cincinnati OH 45209 |
| 6604402 | Speedy Cash | P. O. Box 780408 | Wichita KS 67278 |
| 6604403 | Syncb/car Care Pep B | Attn: Bankruptcy  P.O. Box 965060 | Orlando FL 32896 |
| 6604404 | Synchrony Bank/Amazon | Attn: Bankruptcy  Po Box 965060 | Orlando FL 32896 |
| 6604405 | Upstart Finance | Attn: Bankruptcy  Po Box 1503 | San Carlos CA 94070 |

TOTAL: 35